IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**GRADY LARKIN MCGOWAN**                                                                         **PLAINTIFF**

v.                               Case No. 5:12-CV-05190

**SERGEANT SKORUP, Transportation,
Benton County Detention Center (BCDC);
SHERIFF KEITH FERGUSON, Benton County;
LIEUTENANT CARTER, BCDC; CAPTAIN
ROBERT HOLLY, BCDC; and JOHN M.
SELIG, Director of the Department of
Human Services**                                                                                 **DEFENDANTS**

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 5th day of September, 2014.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE